1  LYNNE C. HERMLE (CA BAR NO. 99779)
   lchermle@orrick.com
2  MICHAEL A. APARICIO (CA BAR NO. 206300)
   maparicio@orrick.com
3  ALLISON S. RIECHERT (STATE BAR NO. 267533)
   ariechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendant
   VMware, Inc.
8
   RICHARD J. (REX) BURCH (TX BAR NO. 24001807)
9  [Admitted *Pro Hac Vice*]
   rburch@brucknerburch.com
10 BRUCKNER BURCH PLLC
   1415 Louisiana Street, Suite 2125
11 Houston, Texas 77002
   Telephone:    713-877-8788
12 Facsimile:    713-877-8065

13 Attorneys for Plaintiff
   Elizabeth Moore Laughlin
14
   [Additional Counsel Listed on Next Page]
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MOORE LAUGHLIN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>VMware, Inc.,<br><br>         Defendant. | Case No. 5:11CV- 00530-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANT'S SECOND AMENDED MOTION TO DISMISS**<br><br>Date Action Filed:  February 3, 2011 |

## STIPULATION

WHEREAS, Defendant has filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), which is currently pending before the Court and scheduled for hearing on October 14, 2011;

WHEREAS, Plaintiff has not yet filed any Opposition to the Motion to Dismiss, which Opposition is currently due on September 23, 2011;

WHEREAS, Defendant has informed Plaintiff that Defendant will seek to enforce an agreement to arbitrate entered into between Plaintiff and Defendant, by filing with the Court a Motion to Compel Arbitration;

WHEREAS, Defendant asserts that if said Motion to Compel Arbitration is granted, there will not be any need for the Court to consider or rule upon the issues raised in the Motion to Dismiss since all of Plaintiff's claims and controversies would then need to be resolved through binding arbitration;

WHEREAS, the Parties therefore agree that considerations of efficiency, judicial economy and overall fairness support continuation of the Motion to Dismiss;

WHEREAS, Defendant's counsel has checked with the Court's Courtroom Deputy and has learned that the first available date for hearing before the Court is in mid-January 2012.

WHEREAS, if the Court moves the hearing on the Motion to Dismiss, the Parties agree that the Opposition and Reply deadlines should also move to three weeks and two weeks prior to the hearing, respectively, in parallel to the current schedule for the Motion to Dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. Defendant's Motion to Dismiss that is presently scheduled in this case for October 14, 2011, should be RESCHEDULED to January 20, 2012.

2. The Opposition to the Motion to Dismiss should be due three weeks before the Motion to Dismiss hearing.

3. The Reply in support of the Motion to Dismiss should be due two weeks before the Motion to Dismiss hearing.

4. Since Plaintiff will rely upon this Stipulation being approved by the Court for purposes of deciding whether to file an Opposition under the current schedule, the Parties agree that if the Court rejects this Stipulation for any reason and Plaintiff has not filed a timely Opposition to the Motion to Dismiss, Defendant will not take the position that the Motion to Dismiss is unopposed so long as the opposition is filed on the next court day after the Stipulation is disapproved.

Dated: September 22, 2011

LYNNE C. HERMLE
MICHAEL A. APARICIO
ALLISON S. RIECHERT
Orrick, Herrington & Sutcliffe LLP


By: /s/ Michael A. Aparicio
MICHAEL A. APARICIO
Attorneys for Defendant
VMware, Inc.

Dated: September 22, 2011

RICHARD BURCH
Bruckner Burch PLLC


By: /s/Richard Burch
RICHARD J. (REX) BURCH
Attorneys for Plaintiff
Elizabeth Moore Laughlin

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: September 26, 2011

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE

1  Additional Counsel:

2  ANGELA L. PADILLA (CA BAR NO. 154863)
   apadilla@vmware.com
3  LESLIE C. YUAN (CA BAR NO. 209302)
   lyuan@vmware.com
4  VMware, Inc.
   3401 Hillview Ave.
5  Palo Alto, CA 94304
   Telephone:   650-427-5500
6
   Attorneys for Defendant
7  VMware, Inc.

8  BRYAN SCHWARTZ (CA BAR NO. 209903)
   Bryan@BryanSchwartzLaw.com
9  HILLARY JO BAKER (CA BAR NO. 265019)
   Hillary@BryanSchwartzLaw.com
10 BRYAN SCHWARTZ LAW
   180 Grand Avenue, Suite 1550
11 Oakland, CA  94612
   Telephone: (510) 444-9300
12 Facsimile: (510) 444-5301

13 MICHAEL JOSEPHSON (TEXAS BAR NO. 24014780)
   [Admitted *Pro Hac Vice*]
14 mjosephson@fhl-law.com
   FIBICH, HAMPTON & LEEBRON, LLP
15 Five Houston Center
   1401 McKinney, Suite 1800
16 Houston, TX  77010
   Telephone: (713) 751-0025
17 Facsimile: (713) 75100030

18 Attorneys for Plaintiff
   Elizabeth Moore Laughlin
19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION & ORDER RE DEFENDANT'S SECOND
AMENDED MOTION TO DISMISS
CASE NO. 5:11-cv-00530-EJD

OHS WEST:261344783.3