**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
(pro hac vice application submitted)
Texas Bar No. 24001807
rburch@bruckerburch.com
8 Greenway Plaza, Ste 1500
Houston, Texas 77046
(713)877-8788 (Telephone)
(713)877-8065 (Facsimile)

(Additional counsel on signature page)

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS MEMBERS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH M. LAUGHLIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VMWARE, INC.,<br><br>Defendant. | Case No. 5:11-cv-00530-EJD<br><br>Assigned to District Judge Edward J. Davila<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO MOTION TO COMPEL ARBITRATION & [PROPOSED ORDER]**<br><br>Case Filed:   February 3, 2011. |

The parties, by and through their attorneys of record, stipulate to modify the briefing schedule re Defendant's Motion to Compel Arbitration, which is currently scheduled for hearing before this Court on January 20, 2012, as follows:

1. Plaintiff shall have until November 18, 2011 to file Plaintiff's opposition to Defendant's Motion to Compel Arbitration.

2. Defendant shall have until December 2, 2011 to file its Reply Brief.

- 1 -

| | | |
|---|---|---|
| 1 | AGREED & DATED:  October 11, 2011 | **BRUCKNER BURCH PLLC** |

By  /s/ Rex Burch
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 (Telephone)
713-877-8065 (Facsimile)
rburch@brucknerburch.com

BRYAN SCHWARTZ (SBN 209903)
HILLARY JO BAKER (SBN 265019)
**BRYAN SCHWARTZ LAW**
180 Grand Avenue, Suite 1550
Oakland, CA  94612
510-444-9300 (Telephone)
510-444-9301 (Facsimile)
Bryan@BryanSchwartzLaw.com
Hillary@BryanSchwartzLaw.com

Michael A. Josephson
Texas Bar No. 24014780
**FIBICH, HAMPTON & LEEBRON, L.L.P**
1401 McKinney, Suite 1800
Houston, Texas 77010
713-751-0025 (Telephone)
713-751-0030 (Facsimile)
www.fibichhampton.com

Attorneys for Plaintiff

AND

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By  **/s/ Michael A. Aparicio**
_____
Lynne C. Hermle (CA BAR NO. 99779)
lchermle@orrick.com
Michael A. Aparicio (CA BAR NO. 206300)
maparicio@orrick.com
1000 Marsh Road
Menlo Park, California 94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Defendant VMware, Inc.

[PROPOSED] ORDER

On the stipulation of all parties, the Court modifies the Motion to Compel Arbitration briefing schedule as set forth below:

| | |
|---|---|
| Deadline for Plaintiff's Response to Motion to Compel Arbitration: | 11/18/2011 |
| Deadline for Defendant's Reply Brief: | 12/2/2011 |

IT IS SO ORDERED

Dated: October 12, 2011

EDWARD J. DAVILA
United States District Judge