| | |
|---|---|
| 1 | LYNNE C. HERMLE (CA BAR NO. 99779) |
|   | lchermle@orrick.com |
| 2 | MICHAEL A. APARICIO (CA BAR NO. 206300) |
|   | maparicio@orrick.com |
| 3 | ALLISON S. RIECHERT (CA BAR NO. 267533) |
|   | ariechert@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, California 94025 |
|   | Telephone:   650-614-7400 |
| 6 | Facsimile:    650-614-7401 |
| 7 | Attorneys for Defendant |
|   | VMware, Inc. |
| 8 | |
| 9 | RICHARD J. (REX) BURCH (TX BAR NO. 24001807) |
|   | [Admitted *Pro Hac Vice*] |
|   | rburch@brucknerburch.com |
| 10 | BRUCKNER BURCH PLLC |
|    | 8 Greenway Plaza, Suite 1500 |
| 11 | Houston, Texas 77046 |
|    | Telephone:   713-877-8788 |
| 12 | Facsimile:    713-877-8065 |
| 13 | Attorneys for Plaintiff |
|    | Elizabeth Moore Laughlin |
| 14 | |
| 15 | [Additional Counsel Listed on Next Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH MOORE LAUGHLIN, individually and on behalf of all others similarly situated, | | Case No. 5:11CV- 00530-EJD |
| | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION AND PETITION TO REOPEN AND CONFIRM ARBITRATION AWARD AND DEFENDANT'S MOTION TO VACATE AWARD |
| v. | | |
| VMware, Inc., | | |
| | Defendant. | |
| | | Date:   October 26, 2012 |
| | | Time:   9:00 a.m. |
| | | Judge:  Hon. Edward J. Davila |
| | | Ctrm.:  4 – Fifth Floor |
| | | Date Action Filed: February 3, 2011 |

STIPULATION & ORDER TO CONTINUE HEARING DATE
RE MOTIONS TO CONFIRM / VACATE ARBITRATION
AWARD
CASE NO. 5:11-cv-00530-EJD

OHSUSA:751790490.2

1  Additional Counsel:

2  ANGELA L. PADILLA (CA BAR NO. 154863)
   apadilla@vmware.com
3  MARY FERRER HANSBURY (SBN 191121)
   mhansbury@vmware.com
4  VMware, Inc.
   3401 Hillview Ave.
5  Palo Alto, CA 94304
   Telephone:   650-427-5500
6
   Attorneys for Defendant
7  VMware, Inc.

8

9  BRYAN SCHWARTZ (CA BAR NO. 209903)
   Bryan@BryanSchwartzLaw.com
10 HILLARY JO BAKER (CA BAR NO. 265019)
   Hillary@BryanSchwartzLaw.com
11 BRYAN SCHWARTZ LAW
   180 Grand Avenue, Suite 1550
12 Oakland, CA  94612
   Telephone: (510) 444-9300
13 Facsimile: (510) 444-5301

14 MICHAEL JOSEPHSON (TEXAS BAR NO. 24014780)
   [Admitted *Pro Hac Vice*]
15 mjosephson@fhl-law.com
   FIBICH, HAMPTON & LEEBRON et al.
16 1150 Bissonnet
   Houston, TX  7705
17 Telephone: (713) 751-0025
   Facsimile: (713) 75100030
18
   Attorneys for Plaintiff
19 Elizabeth Moore Laughlin

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION & ORDER TO CONTINUE HEARING
DATE RE MOTIONS TO CONFIRM / VACATE
ARBITRATION AWARD
CASE NO. 5:11-cv-00530-EJD

OHSUSA:751790490.2

# STIPULATION

WHEREAS, Plaintiff Elizabeth Laughlin has filed a Motion and Petition to Reopen and Confirm Arbitration Award ("Motion to Confirm") which is currently pending before the Court and scheduled for hearing on October 26, 2012;

WHEREAS, Defendant VMware, Inc. has or is filing its Opposition to the Motion to Confirm on September 21, 2012;

WHEREAS, VMware's counsel is not available for the hearing on October 26, 2012;

WHEREAS, The Parties therefore have agreed to continue the Motion to Confirm by one week to November 2, 2012, having confirmed with the Court's Courtroom Deputy that date is available on the Court's calendar;

WHEREAS, VMware intends to file or already has filed a Cross-Motion to vacate the arbitration award along with its Opposition to the Motion to Confirm on September 21, 2012, to be heard on the same date and time as the Motion to Confirm.

WHEREAS, the Court's Courtroom Deputy requested that both motions be heard together on the same date and time.

Accordingly, IT IS HEREBY STIPULATED:

1. Plaintiff Elizabeth Laughlin's Motion to Confirm that is presently scheduled for October 26, 2012, should be RESCHEDULED to November 2, 2012, at 9:00 a.m.

2. Defendant VMware, Inc.'s Motion to Vacate shall be SCHEDULED for the same date and time as the Motion to Confirm.

- 3 -

STIPULATION & ORDER TO CONTINUE HEARING
DATE RE MOTIONS TO CONFIRM / VACATE
ARBITRATION AWARD
CASE NO. 5:11-cv-00530-EJD

OHSUSA:751790490.2

Dated: September 21, 2012

LYNNE C. HERMLE
MICHAEL A. APARICIO
ALLISON S. RIECHERT
Orrick, Herrington & Sutcliffe LLP

By: /s/ Michael A. Aparicio
MICHAEL A. APARICIO
Attorneys for Defendant
VMware, Inc.

Dated: September 21, 2012

RICHARD BURCH
Bruckner Burch PLLC

By: /s/ Richard J. Burch
RICHARD J. (REX) BURCH
Attorneys for Plaintiff
Elizabeth Moore Laughlin

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: September 25, 2012

Edward J. Davila
UNITED STATES DISTRICT JUDGE

- 4 -

STIPULATION & ORDER TO CONTINUE HEARING
DATE RE MOTIONS TO CONFIRM / VACATE
ARBITRATION AWARD
CASE NO. 5:11-cv-00530-EJD

OHSUSA:751790490.2